FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DeJesus Collins #366-774
Western Correctional Institution
13800 McMullen Hwy, S.W.
Cumberland, Maryland 21502
(Full name, prison identification
number and address of the plaintiff)

Mother - Rebecca Dashiell
Phone - 301-338-4725

v.

Civil Action No. JKB-13-1639
(Leave blank on initial filing to be filled in by Court.)

Maryland Division of Correction
Gary D. Maynard, Secretary
6776 Reisterstown Rd., Suite 310
Baltimore, Maryland 21215
(Full name and address of the defendant(s))

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

JUN 06 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

COMPLAINT

I.   **Previous lawsuits**

   A.   Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

        YES ☐     NO ☑

   B.   If you answered YES, describe that case(s) in the spaces below.

        1.   Parties to the other case(s):

             Plaintiff: _____

             Defendant(s): _____

FRANK B. Bishp, Jr. , Warden
Western Correctional Institution
13800 McMullen Hwy, S.W.
Cumberland, Maryland 21502


Jon Galley, former Warden
Western Correctional Institution
13800 McMullen Hwy, S.W.
Cumberland, Maryland 21502


Lieutenant, Daddyman
Wetern Correctional Institution
13800 McMullen Hwy, S.W.
Cumberland Maryland 21502


Mr. Yates, Case Manager
Western Correctional Institution
13800 McMullen Hwy, S.W.
Cumberland, Maryland 21502


Lieutenant, Likin, Unit Supervisor
Western Correctional Institution
13800 McMullen Hwy, S.W.
Cumberland, Maryland 21502


W. Simons, Correctional Officer
Western Correctional Institution
13800 McMullen, Hwy S.W.
Cumberland, Maryland 21502


John Doe # One, Case Manager
Western Correctional Instutiton
13800 McMullen Hwy, S.W.
Cumberland, Maryland 21502

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

7. Date of disposition: _____

## II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

    YES ☑    NO ☐

1. If you answered YES:

    a. What was the result? _Complaints was dismissed by prison officials - ARP case # WCI-2401-02_ # WCI-

    b. Did you appeal?

        YES ☑    NO ☐

2. If you answered NO to either of the questions above, explain why: _____

III. **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

Mr. Dejesus Collins is intentionally denied protection from assaults and documented threats to his life and wellbeing from prison official, Correctional officer, Lieutenant Daddyman, at the Western Correctional Institution.

As Lieutenant Daddyman threatened to have Mr. Collins killed by other inmates if he (Collins) did not withdraw complaints filed against him; on 5/28/2002

IV. **Relief**
(State briefly what you want the Court to do for you.)

Find that the named prison officials violated the 8th Amendment rights of the Petitioner in their deliberate indifference to his safety and general wellbeing and award damages of $ 500,000.

SIGNED THIS 31st day of, May, 2013.

_Dejesus Collins_
(original signature of plaintiff)

Western Correctional Institution
13800 McMullen Hwy, S.W.
Cumberland, Maryland 21502
(address of plaintiff)

Case 1:13-cv-01639-JKB Document 1 Filed 06/06/13 Page 7A

INMATE, CONTINUED FROM 1A

# stabbed, punched repeatedly

By JAMES RADA
TIMES-NEWS STAFF WRITER

CRESAPTOWN — On the morning of May 2, DeJesus Collins was asleep in his cell at the Western Correctional Institution, and if his attackers had had anything to do with it, he would have never awakened.

"An attempt was made on my son's life. They tried to murder him," said Rebecca Dashiell, Collins' mother, of Salisbury, Md.

The doors to Collins' housing unit at WCI are unlocked at 4:40 a.m. so the inmates can go to breakfast. The 23-year-old inmate suffers from Crohn's disease, a digestive disorder that leaves him confined to a wheelchair much of the time. Because of this, it's hard for Collins to get ready in the morning for breakfast, so he generally skips it and eats items he purchases at the commissary.

Mark Vernarelli, director of public information at Maryland Public Safety and Correctional Services, said, "The attack happened around 5:15 a.m. when the inmates were coming back from breakfast."

Dashiell disagrees. "It happened in his cell. My son was sleeping when they attacked him and left him for dead," said Dashiell.

When the doors were unlocked, three men rushed into his cell. Armed with unknown sharp weapons, the men stabbed and punched Collins repeatedly while he screamed for help," she said.

"There was no way that tier didn't know what was happening. There was no way they couldn't hear his screams," said Dashiell.

No one came to help Collins. His attackers were in the cell with him and continued to pummel him.

"None of them breathed a word. They beat him mercilessly and left him for dead, but God had other plans," said Dashiell.

Blood poured from his wounds onto the floor of the cell, which

Heart Hospital where he was treated for multiple stab wounds in the head and shoulders and an injured arm.

Vernarelli said, "The evidence has shown there was one person involved so far, but there has been no determination whether there will be criminal charges filed. There has been administrative action taken to separate him."

This person was identified because when he left Collins' cell, he walked through some of the blood on the floor.

Warden Jon Galley said that the inmate has been placed in disciplinary segregation, which is 23 hours a day confinement.

Asked about the other two attackers, Vernarelli said, "There is no information that there was more than one perpetrator yet."

Dashiell is upset because she feels concerns that she has registered with the Department of Public Safety and Correctional Services have not been taken seriously and have increased the danger to her son.

"Every single threat that is filed is taken completely seriously and investigated," said Vernarelli.

This attack took place about two weeks after Collins had made a formal complaint about a WCI correctional officer threatening to have other inmates harm Collins.

Galley said, "Their complaints have been investigated any number of times and they are categorically not true."

There is an ongoing investigation of this incident, which Galley expects to be completed in about two or three weeks.

Collins has been in WCI for nine months. He is supposed to be eligible for parole this month.

## Mother: 'They tried to murder him'

[fragmentary column continues]

...helped identify one inmate whom prison officials arrested in charging...

When the men was unlocked again, the attackers left, taking Collins' new clothes and taking with them, his mother said.

"We had just given him three money, so he had new clothes, new jacket and shoes. They took all that," said Dashiell.

Collins was discovered in his cell when a head count was done. These are routinely done after mass movements of inmates, such as to and from meals.

Collins was first taken to the infirmary and then later to Sacred

SEE INMATE - 7A

**RON HANSEL'S**
Window Tinting & Sunroofs
**WINDOW TINTING**
Auto · Residential · Commercial
**SUN ROOFS**
Pop Ups and Electric
**301-689-2720**

**PAYING CASH**
DIAMONDS
GOLD RINGS & CHAINS
STERLING SILVER
SILVER COINS
SCRAP GOLD
"Free Appraisals"
**Rays Jewelers**
★ NO FINANCE CHARGES ★
103 Baltimore St.
301-777-1960 or 1-800-788-3841

**CLOSING SALE —**
We would like to thank all our loyal customers over the past 60 years.
**All Candy On Sale!**
UP TO **½ OFF**
Now Thru May 31st
Supplies Limited

III. Statement of Claim, continues

At approx. 5:15am, Mr. Collins (whose confined to a wheelchair) was assaulted inside his cell by 3 unknown men and stabbed repeatedly in the head and shoulders.

Following his recent return to WCI, on 12/25/11 Mr. Collins was again assaulted at the order of prison official, Lt. Daddyman. This assault was carried-out by inmate Harold Carter #368-416.

Upon his recent return to WCI, Mr. Collins (and his family) made several reports to prison officials (Case manager, Mr. Yates, Unit Supervisor, Lt. Likin, Officer W. Simons, Case Manager, John Doe # one and Warden, Frank B. Bishop, Jr.) which were/are ignored.